CHELSEA A. WHELAN (SB# 282993)
JANELLE J. SMITH (SB# 278655)
chelsea@buffettkennedysmith.com
janelle@buffettkennedysmith.com
BUFFETT-KENNEDY & SMITH LLP
1808 Sixth Street
Berkeley, CA 94710
Telephone: (510) 398-0733
Facsimile: (510) 394-1918

Attorneys for Plaintiff
RENEE WILLETTE


KATHERINE C. HUIBONHOA (SB# 207648)
C. YEWLEH CHEE (SB# 281710)
kathyhuibonhoa@gbgllp.com
yewlehchee@gbgllp.com
GRUBE BROWN & GEIDT LLP
601 Montgomery Street, Suite 1150
San Francisco, CA 94111
Telephone: (415) 603-5000
Facsimile: (415) 840-7210

Attorneys for Defendant
BLUE WOLF GROUP LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE WILLETTE,<br><br>       Plaintiff,<br><br>vs.<br><br>BLUE WOLF GROUP LLC; and DOES 1 through 50, inclusive,<br><br>       Defendants. | Case No. 3:18-cv-00829-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Courtroom:   9<br>Judge:      Hon. Jon S. Tigar |

1  Counsel report that they have met and conferred regarding ADR and have reached the following

2  stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the

3  following ADR process:

4  ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

5  ☒ **Mediation** (ADR L.R. 6)

6  ☐ **Private ADR** (*specify process and provider*)

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

8  The parties agree to hold the ADR session by:

9  ☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR,*

10  *unless otherwise ordered.*)

11  ☒ other requested deadline: 150 days from the date of the order referring the case to an

12  ADR process, to give the parties time to engage in direct settlement discussions

13  DATED:  May 2, 2018            BUFFETT-KENNEDY & SMITH LLP

14

15  BY: *[signature]*
                                     CHELSEA A. WHELAN
16  Attorneys for Plaintiff
    RENEE WILLETTE

17  DATED:  May 2, 2018            GRUBE BROWN & GEIDT LLP

18

19

20  BY: *[signature]*
                                     C. YEWLEH CHEE
21  Attorneys for Defendant
    BLUE WOLF GROUP LLC

22

23  ☒ IT IS SO ORDERED
    ☐ IT IS SO ORDERED WITH MODIFICATIONS:

24

25

26  Date: May 3, 2018                *[signature]*

27                                   U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

28