| | |
|---|---|
| 1 | JANELLE J. SMITH (SB# 278655) |
| | janelle@buffettkennedysmith.com |
| 2 | BUFFETT-KENNEDY & SMITH LLP |
| | 1808 Sixth Street |
| 3 | Berkeley, CA 94710 |
| | Telephone: (510) 398-0733 |
| 4 | Facsimile: (510) 394-1918 |
| 5 | Attorneys for Plaintiff |
| | RENEE WILLETTE |
| 6 | |
| 7 | THOMAS E. GEIDT (SB# 080955) |
| | tomgeidt@gbgllp.com |
| 8 | GBG LLP |
| | 601 Montgomery Street, Suite 1150 |
| 9 | San Francisco, CA 94111 |
| | Telephone: (415) 603-5000 |
| 10 | Facsimile: (415) 840-7210 |
| 11 | Attorneys for Defendant |
| | BLUE WOLF GROUP LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE WILLETTE, | Case No. 3:18-cv-00829-JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE** |
| vs. | |
| BLUE WOLF GROUP LLC; and DOES 1 through 50, inclusive, | Courtroom: 9 |
| Defendants. | Judge: Hon. Jon S. Tigar |

Pursuant to Section E of the Court's Standing Order For All Civil Cases, the parties, by their respective counsel, having met and conferred, hereby stipulate to the following briefing schedule for their respective motions and cross-motions for summary judgment or partial summary judgment in the above matter, subject to the approval of the Court:

1. Plaintiff Renee Willette ("Plaintiff") will file her opening motion papers by Friday, April 26, 2019.

2. Defendant Blue Wolf Group LLC ("Defendant") will file its opposition and cross-motion by Friday, May 10, 2019.

3. Plaintiff will file her reply brief and opposition to the cross-motion by Friday, May 24, 2019.

4. Defendant will file its reply brief by Monday, June 3, 2019.

5. The hearing on the motions will be held on Thursday, June 27, 2019.

DATED: March 14, 2019    BUFFETT-KENNEDY & SMITH LLP

BY: _____
JANELLE J. SMITH
Attorneys for Plaintiff
RENEE WILLETTE

DATED: March 14, 2019    GBG LLP

BY: _____
THOMAS E. GEIDT
Attorneys for Defendant
BLUE WOLF GROUP LLC

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: March 19, 2019

_____
HON. JON S. TIGAR
Judge, United States District Court

Case No. 3:18-cv-00829-JST    -1-    STIPULATION AND [PROPOSED] ORDER RE SUMMARY JUDGMENT BRIEFING SCHEDULE

88680138.1